# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

JOHN BUMGARNER,
         Plaintiff(s)

vs.                                    Case Number: 16-cv-26-GKF-TLW

THE WILLIAMS COMPANIES, INC., et al.,
         Defendant(s)

## REQUEST FOR ADMISSION PRO HAC VICE
(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: Sandra C. Goldstein

2. State bar membership number: 2198745

3. Business address, telephone and fax numbers: Cravath, Swaine & Moore LLP, 825 Eighth Avenue, New York, NY 10019. Tel. No. (212) 474 1075. Fax No. (212) 765-0676.

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:
   Please see attached list.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  ☐ Yes  ☑ No

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?  ☐ Yes  ☑ No

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?  ☑ Yes  ☐ No


Signature

Sandra C. Goldstein         2198745
Printed Name         Bar Number

Cravath, Swaine & Moore LLP
Firm Name

825 Eighth Avenue
Address

New York         NY   10019
City         State   ZIP

(212) 474-1075         (212) 765-0676
Phone         Fax

sgoldstein@cravath.com
Email Address

**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOHN BUMGARNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-cv-26-GKF-TLW |
| | ) | |
| THE WILLIAMS COMPANIES, INC., | ) | |
| and ENERGY TRANSFER EQUITY, L.P., | ) | |
| | ) | |
| Defendants. | ) | |

**REQUEST FOR ADMISSION PRO HAC VICE**
(continued)

<u>List of All State and Federal Courts or Bar Associations in Which Sandra C. Goldstein Is a Member "In Good Standing" To Practice Law:</u>

1. The State of New York.
2. The United States Supreme Court.
3. The United States Court of Appeals for the Second Circuit.
4. The United States Court of Appeals for the Third Circuit.
5. The United States Court of Appeals for the Ninth Circuit.
6. The United States Court of Appeals for the Eleventh Circuit.
7. The United States District Court for the District of Colorado.
8. The United States District Court for the Western District of Michigan.
9. The United States District Court for the Eastern District of New York.
10. The United States District Court for the Southern District of New York.
11. The United States District Court for the Eastern District of Wisconsin.