# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

Plaintiff(s)

vs.                                                                 Case Number:

Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

_____        _____
Date                                                                Signature

Type of Appointment:    ☐ Retained      ☐ CJA
                                                                       _____
                                                                       Print Name
                              ☐ FPD    ☐ Pro Bono    ☐ Pro Se
                                                                       _____
                                                                       Firm Name

                                                                       _____
                                                                       Mailing Address

_____        _____
Oklahoma State Bar Number (If Applicable)        City                    State    Zip Code

_____        _____
e-mail address                                                   Phone Number            Fax Number

## Certificate of Service

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service          ☐ In Person Delivery

☐ Courier Service              ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

_____
Signature