IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN BUMGARNER | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.  16-cv-26-GKF-TLW |
| THE WILLIAMS COMPANIES, INC., et al, | ) ) |
| Defendants. | ) ) |

## MOTION FOR ADMISSION *PRO HAC VICE*
## STEFAN H. ATKINSON

Pursuant to N.D. LCvR 83.2(g), the undersigned respectfully requests that the Court allow STEFAN H. ATKINSON to appear as counsel pro hac vice for Defendant The Williams Companies, Inc., in this case.

Pursuant to N.D. LCvR 83.3(a), ELLIOT P. ANDERSON is a resident of the State of Oklahoma, maintains a law office within this state, is an active member in good standing of the bar of the Supreme Court of the State of Oklahoma (OBA# 21098), and is admitted to practice law in this Court.

Pursuant to N.D. LCvR 83.3(b), the undersigned certifies that STEFAN H. ATKINSON is a member in good standing of the bar of the highest court of NEW YORK, where he is licensed.

Attached hereto as Exhibit "1" is the Request for Admission Pro Hac Vice of STEFAN H. ATKINSON of CRAVATH, SWAINE & MOORE LLP.

DATED April 25, 2016            Respectfully submitted,

*/s/ Elliot P. Anderson*
Michael J. Gibbens, OBA #3339
Elliot P. Anderson, OBA #21098

CROWE & DUNLEVY
A Professional Corporation
500 Kennedy Building
321 South Boston Avenue
Tulsa, OK 74103-3313
(918) 592-9800
(918) 592-9801 (Facsimile)
mike.gibbens@crowedunlevy.com
elliot.anderson@crowedunlevy.com

and

Mary H. Tolbert, OBA #17353
CROWE & DUNLEVY
A Professional Corporation
Braniff Building
324 N. Robinson Ave.
Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
molly.tolbert@crowedunlevy.com

ATTORNEYS FOR DEFENDANT
THE WILLIAMS COMPANIES, INC.

CERTIFICATE OF SERVICE

     I hereby certify that on this 25th day of April, 2016, I electronically transmitted the foregoing to the Court Clerk using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

| | |
|---|---|
| Laurence L. Pinkerton | Antony L. Ryan |
| Williams S. Leach | Sandra C. Goldstein |
| Jessica L. Dickerson | |

    and served the same document by:

[ ] U.S. Postal Service     [ ] Courier Service     [ ] In Person Delivery     [ ] Email

on the following, who are not registered participants of the ECF system:

n/a

                                                                      s/*Elliot P. Anderson*