**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JOHN BUMGARNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 16-cv-26-GKF-FHM |
| | ) |
| THE WILLIAMS COMPANIES, INC., and | ) |
| ENERGY TRANSFER EQUITY, L.P., | ) |
| | ) |
| Defendants. | ) |

**MOTION TO PERMIT ADMISSION OF**
**ADDITIONAL COUNSEL PRO HAC VICE**

Counsel of record for Defendant Energy Transfer Equity, L.P. ("ETE"), hereby requests that this Court enter an Order permitting the admission *pro hac vice* of Marisa Antos-Fallon of Vinson & Elkins, L.L.P, 666 Fifth Avenue, 26th Floor, New York, NY 10103.  Undersigned counsel certifies to the Court that Ms. Antos-Fallon is currently a member in good standing of the New York bar, and is authorized to practice law before New York state courts, and the United States District Courts for the Southern, Western, and Eastern Districts of New York, as set forth in her Request for Admission Pro Hac Vice, attached hereto as Exhibit 1.

Respectfully submitted,

/s/  Jessica L. Dickerson
William S. Leach, OBA #14892
Jessica L. Dickerson, OBA #21500
McAFEE & TAFT
1717 S. Boulder, Suite 900
Tulsa, OK 74119
Telephone:     (918) 587-0000
Facsimile:     (918) 574-3190
Jessica.Dickerson@mcafeetaft.com
ATTORNEYS FOR DEFENDANT ENERGY
TRANSFER EQUITY, L.P.

## CERTIFICATE OF MAILING

      I hereby certify that on this the 26th day of April, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following registrants:

Laurence L. Pinkerton, pf@att.net
Attorney for Plaintiff

Michael J. Gibbens, mike.gibbens@crowedunlevy.com
Elliot P. Anderson, Elliot.anderson@crowedunlevy.com
Sandra Goldstein, sgoldstein@cravath.com
Antony Ryan, Aryan@cravath.com
Attorneys for Defendant The Williams Companies, Inc.

                                            /s/ Jessica L. Dickerson