**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

JOHN BUMGARNER,                                )
                                               )
                         Plaintiff,            )
                                               )
v.                                             )        Case No. 16-cv-26-GKF-FHM
                                               )
THE WILLIAMS COMPANIES, INC., and )
ENERGY TRANSFER EQUITY, L.P.,                  )
                                               )
                         Defendants.           )

**MOTION TO PERMIT ADMISSION OF**
**ADDITIONAL COUNSEL PRO HAC VICE**

Counsel of record for Defendant Energy Transfer Equity, L.P. ("ETE"), hereby requests

that this Court enter an Order permitting the admission *pro hac vice* of John C. Wander of

Vinson & Elkins, L.L.P., 2001 Ross Avenue, Suite 3700, Dallas, Texas 75201.  Undersigned

counsel certifies to the Court that Mr. Wander is currently a member in good standing of the

Texas bar, and is authorized to practice law before Texas state courts; the United States District

Courts for the Northern, Southern, Western, and Eastern Districts of Texas; United States

District Courts for the Eastern and Western Districts of Arkansas; and the United States Court of

Appeals for the Fifth Circuit, as set forth in his Request for Admission Pro Hac Vice, attached

hereto as Exhibit 1.

Respectfully submitted,

/s/  Jessica L. Dickerson
William S. Leach, OBA #14892
Jessica L. Dickerson, OBA #21500
McAFEE & TAFT
1717 S. Boulder, Suite 900
Tulsa, OK 74119
Telephone:     (918) 587-0000
Facsimile:     (918) 574-3190
Jessica.Dickerson@mcafeetaft.com
ATTORNEYS FOR DEFENDANT ENERGY
TRANSFER EQUITY, L.P.

## CERTIFICATE OF MAILING

I hereby certify that on this the 26th day of April, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following registrants:

Laurence L. Pinkerton, pf@att.net
Attorney for Plaintiff

Michael J. Gibbens, mike.gibbens@crowedunlevy.com
Elliot P. Anderson, Elliot.anderson@crowedunlevy.com
Sandra Goldstein, sgoldstein@cravath.com
Antony Ryan, Aryan@cravath.com
Attorneys for Defendant The Williams Companies, Inc.

/s/  Jessica L. Dickerson

2