**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JOHN BUMGARNER, | ) |
|                Plaintiff, | ) ) ) |
| v. | )   Case No. 16-cv-26-GKF-FHM |
| THE WILLIAMS COMPANIES, INC., and ENERGY TRANSFER EQUITY, L.P., | ) ) ) ) |
|                Defendants. | ) |

**MOTION TO PERMIT ADMISSION OF
ADDITIONAL COUNSEL PRO HAC VICE**

Counsel of record for Defendant Energy Transfer Equity, L.P. ("ETE"), hereby requests that this Court enter an Order permitting the admission *pro hac vice* of Jeremy William Hays of Vinson & Elkins, L.L.P, 2001 Ross Avenue, Suite 3700, Dallas, Texas 75201. Undersigned counsel certifies that Mr. Hayes is currently a member in good standing of the Texas bar, and is authorized to practice law before Texas state courts and the United States District Court for the Northern District of Texas, as set forth in his Request for Admission Pro Hac Vice, attached hereto as Exhibit 1.

Respectfully submitted,

/s/ Jessica L. Dickerson
William S. Leach, OBA #14892
Jessica L. Dickerson, OBA #21500
McAFEE & TAFT
1717 S. Boulder, Suite 900
Tulsa, OK 74119
Telephone:    (918) 587-0000
Facsimile:    (918) 574-3190
Jessica.Dickerson@mcafeetaft.com
ATTORNEYS FOR DEFENDANT ENERGY TRANSFER EQUITY, L.P.

## CERTIFICATE OF MAILING

I hereby certify that on this the 6th day of June, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following registrants:

Laurence L. Pinkerton, pf@att.net
Attorney for Plaintiff

Michael J. Gibbens, mike.gibbens@crowedunlevy.com
Elliot P. Anderson, Elliot.anderson@crowedunlevy.com
Sandra Goldstein, sgoldstein@cravath.com
Antony Ryan, Aryan@cravath.com
Attorneys for Defendant The Williams Companies, Inc.

/s/ Jessica L. Dickerson