**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) JOHN BUMGARNER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   Case No. 16-cv-26-GKF-TLW |
| (2) THE WILLIAMS COMPANIES, INC., and | ) |
| (3) ENERGY TRANSFER EQUITY, L.P., | ) |
| | ) |
|     Defendants. | ) |
| | ) |

**MOTION FOR ADMISSION *PRO HAC VICE*
KEVIN J. ORSINI**

Pursuant to N.D. LCvR 83.2(g), the undersigned respectfully requests that the Court allow KEVIN J. ORSINI to appear as counsel pro hac vice for Defendant The Williams Companies, Inc., in this case.

Pursuant to N.D. LCvR 83.3(a), MARY H. TOLBERT is a resident of the State of Oklahoma, maintains a law office within this state, is an active member in good standing of the bar of the Supreme Court of the State of Oklahoma (OBA# 17353), and is admitted to practice law in this Court.

Pursuant to N.D. LCvR 83.3(b), the undersigned certifies that KEVIN J. ORSINI is a member in good standing of the bar of the highest court of NEW YORK, where he is licensed.

Attached hereto as Exhibit "1" is the Request for Admission Pro Hac Vice of KEVIN J. ORSINI of CRAVATH, SWAINE & MOORE LLP.

DATED June 10, 2016.                    Respectfully submitted,


                                        /s/ Mary H. Tolbert
                                        Mary H. Tolbert, OBA #17353
                                        CROWE & DUNLEVY
                                        A Professional Corporation
                                        Braniff Building
                                        324 N. Robinson Ave.
                                        Suite 100
                                        Oklahoma City, OK 73102-8273
                                        (405) 235-7700
                                        (405) 239-6651 (Facsimile)
                                        molly.tolbert@crowedunlevy.com

                                        and

                                        Michael J. Gibbens, OBA #3339
                                        Elliot P. Anderson, OBA #21098
                                        CROWE & DUNLEVY
                                        A Professional Corporation
                                        500 Kennedy Building
                                        321 South Boston Avenue
                                        Tulsa, OK 74103-3313
                                        (918) 592-9800
                                        (918) 592-9801 (Facsimile)
                                        mike.gibbens@crowedunlevy.com
                                        elliot.anderson@crowedunlevy.com

                                        And

                                        Sandra C. Goldstein (admitted pro hac vice)
                                        Antony L. Ryan (admitted pro hac vice)
                                        Stefan H. Atkinson (admitted pro hac vice)
                                        CRAVATH, SWAINE & MOORE LLP
                                        825 Eighth Avenue
                                        New York, NY 10019
                                        (212) 474-1000
                                        (212) 765-0676 (Facsimile)
                                        sgoldstein@cravath.com
                                        aryan@cravath.com
                                        satkinson@cravath.com

                                        ATTORNEYS FOR DEFENDANT
                                        THE WILLIAMS COMPANIES, INC.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 10th day of June, 2016, I electronically transmitted the foregoing to the Court Clerk using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Laurence L. Pinkerton                         Marisa Antos-Fallon
William S. Leach                              Clifford Thau
Jessica L. Dickerson                          John Wander


and served the same document by:

[ ] U.S. Postal Service          [ ] Courier Service          [ ] In Person Delivery          [ ] Email

on the following, who are not registered participants of the ECF system:

n/a

/s/ Mary H. Tolbert