# IN THE UNITED STATE DISTRICT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN BUMGARNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-cv-26-GKF-TLW |
| ) | |
| THE WILLIAMS COMPANIES, INC., and ) | |
| ENERGY TRANSFER EQUITY, L.P., ) | |
| ) | |
| Defendants. ) | |

## MOTION OF PLAINTIFF FOR AN AWARD OF ATTORNEY'S FEES AND COSTS

Plaintiff, John Bumgarner, hereby moves the Court for an award of attorney fees in this action of $145,000.00, and for costs incurred in the amount of $14,950.71.  In support of this Motion, Plaintiff has contemporaneously filed his *Memorandum of Law in Support of Motion of Plaintiff for an Award of Attorney's Fees and Costs*.

WHEREFORE, Plaintiff, John Bumgarner, respectfully requests that the Court grant his Motion, and that he be awarded the fees and costs requested.

    s/Laurence L. Pinkerton
Laurence L. Pinkerton, Esq. (OBA #7168)
PINKERTON LAW, P.C.
Penthouse Suite
15 East 5th Street
Tulsa, Oklahoma 74103-4303
Tele: 918-587-1800
Fax:  918-582-2900
pf@att.net
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

       I hereby certify that on June 30, 2016, I electronically transmitted the foregoing pleading, to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

       Antony L. Ryan, Esq.
       Sandra C. Goldstein, Esq.
       Elliot Paul Anderson, Esq.
       Michael James Gibbens, Esq.
       Mary H. (Molly) Tolbert, Esq.
       Jessica Lynn Dickerson, Esq.
       William Suttle Leach, Esq.
       Stefan H. Atkinson, Esq.
       Marisa Antos-Fallon, Esq.
       Clifford Thau, Esq.
       John C. Wander, Esq.
       Jeremy William Hays, Esq.
       Justin C. Clarke. Esq.

       /s/ Laurence L. Pinkerton