IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN BUMGARNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-CV-26-GKF-FHM |
| ) | |
| THE WILLIAMS COMPANIES, INC., and ) | |
| ENERGY TRANSFER EQUITY, L.P., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the court is the "Motion of Plaintiff for an Award of Attorney's Fees and Costs," filed by counsel for plaintiff John Bumgarner ("Bumgarner"), as supplemented. [Dkt. ##149, 152]. Defendant the Williams Companies, Inc. stated it has no objection to the motion or supplement. [Dkt. #153]. Defendant Energy Transfer Equity, L.P. filed no response to the motion or supplement. Given the lack of objection, the court hereby grants Bumgarner's motion.

WHEREFORE, the "Motion of Plaintiff for an Award of Attorney's Fees and Costs" [Dkt. #149], as supplemented [Dkt. #152] is hereby granted.

IT IS SO ORDERED this 25th day of July, 2016.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT