### IN THE UNITED STATE DISTRICT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN BUMGARNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16-cv-26-GKF-TLW |
| ) | |
| THE WILLIAMS COMPANIES, INC., and ) | |
| ENERGY TRANSFER EQUITY, L.P., ) | |
| ) | |
| Defendants. ) | |

### UNOPPOSED MOTION OF PLAINTIFF FOR DISMISSAL WITH PREJUDICE

Plaintiff, John Bumgarner, hereby moves the Court pursuant to Fed.R.Civ.P. 41(a)(2) for a dismissal of the above-styled lawsuit, with prejudice. The undersigned counsel has conferred with counsel for the Defendants and is authorized to state that this motion is unopposed.

Dated July 28, 2016                    Respectfully submitted,

                                       s/Laurence L. Pinkerton
                                       Laurence L. Pinkerton, Esq. (OBA #7168)
                                       PINKERTON LAW, P.C.
                                       Penthouse Suite
                                       15 East 5th Street
                                       Tulsa, Oklahoma 74103-4303
                                       Tele: 918-587-1800
                                       Fax:  918-582-2900
                                       pf@att.net
                                       Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

       I hereby certify that on July 28, 2016, I electronically transmitted the foregoing pleading, to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

>Antony L. Ryan, Esq.
>Sandra C. Goldstein, Esq.
>Elliot Paul Anderson, Esq.
>Michael James Gibbens, Esq.
>Mary H. (Molly) Tolbert, Esq.
>Jessica Lynn Dickerson, Esq.
>William Suttle Leach, Esq.
>Stefan H. Atkinson, Esq.
>Marisa Antos-Fallon, Esq.
>Clifford Thau, Esq.
>John C. Wander, Esq.
>Jeremy William Hays, Esq.
>Justin C. Clarke. Esq.

                                    /s/ Laurence L. Pinkerton