IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN BUMGARNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16-CV-26-GKF-FHM |
| | ) |
| THE WILLIAMS COMPANIES, INC., and | ) |
| ENERGY TRANSFER EQUITY, L.P., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the court is the "Unopposed Motion of Plaintiff for Dismissal with Prejudice," filed by plaintiff John Bumgarner ("Bumgarner"). [Dkt. #157]. Counsel for Bumgarner states that he has conferred with counsel for the defendants and that they do not oppose the motion. Given the lack of objection, the court hereby grants Bumgarner's motion.

WHEREFORE, the "Unopposed Motion of Plaintiff for Dismissal with Prejudice" [Dkt. #157] is hereby granted.

IT IS SO ORDERED this 28th day of July, 2016.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT