**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JOHN BUMGARNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 16-cv-26-GKF-FHM |
| THE WILLIAMS COMPANIES, INC., and ENERGY TRANSFER EQUITY, L.P., | ) ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

Pursuant to the court's order granting the Unopposed Motion of Plaintiff for Dismissal with Prejudice, it is ordered that the action be dismissed with prejudice.

ENTERED this 28th day of July, 2016.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT